**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Joseph Mack, Jr., Appellant.

Appellate Case No. 2014-000620

―――――――――

Appeal From Berkeley County
Carmen T. Mullen, Circuit Court Judge

―――――――――

Unpublished Opinion No. 2015-UP-495
Submitted August 1, 2015 – Filed October 21, 2015

―――――――――

**APPEAL DISMISSED**

―――――――――

Appellate Defender LaNelle Cantey DuRant, of Columbia, and Joseph Mack, Jr., pro se, for Appellant.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General Salley W. Elliott, both of Columbia, for Respondent.

―――――――――

**PER CURIAM:**  Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**HUFF, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.